entitled to costs. The accounting then had should be considered an incident of the joint ventures and the expense thereof equally divided between the parties. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur. Settle order on notice.

FREDERICK LOSCHE, Respondent, v. JULES HURTIG and Others, Appellants.— Order denying motion to change place of trial from Westchester county to New York county for convenience of witnesses affirmed, without costs. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

NICHOLAS N. MASTCHENKO, Appellant, v. GUARANTY TRUST COMPANY OF NEW YORK, Respondent.— Order granting defendant's motion to dismiss the first cause of action and to strike out certain paragraphs of the amended complaint modified by striking therefrom the provision that directs that paragraph 23 of the amended complaint be stricken out, and as so modified affirmed, without costs, and with leave to plaintiff, if so advised, to serve an amended complaint. Rich, Jaycox, Kapper and Lazansky, JJ., concur; Kelly, P. J., dissents as to the dismissal of the first cause of action in the complaint, being of opinion that an issue of fact was presented.

MARY A. McINTYRE, Respondent, v. D. W. BRANNER, Appellant.— Upon reargument, order of the County Court of Westchester county denying defendant's motion to dismiss the complaint for lack of prosecution reversed on the law and the facts, without costs, and motion granted, without costs. [See 214 App. Div. 145.] Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

NASSAU AND SUFFOLK LIGHTING COMPANY, Respondent, v. QUEENS BOROUGH GAS AND ELECTRIC COMPANY and Another, Appellants.— Order granting injunction pending action affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

NASSAU AND SUFFOLK LIGHTING COMPANY, Respondent, v. QUEENS BOROUGH GAS AND ELECTRIC COMPANY and Another, Appellants.— Order adjudging defendants to have violated temporary injunction affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

NORTH SHORE ICE Co., INC., Respondent, v. LONDON GUARANTEE AND ACCIDENT Co., LTD., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES FINLEY, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW NEIDING, Appellant.— Judgment of conviction of the Court of Special Sessions unanimously affirmed. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK PONESSA, Appellant.— Judgment and orders of the County Court of Orange county unanimously affirmed. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL WOLF, Appellant.— Judgment of conviction of the County Court of Kings county reversed